**Form 3015-1 - Chapter 13 Plan**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

**CHAPTER 13 PLAN-MODIFIED**

In re:
**Samantha Lorrae Kluver**
**Kasey Alan Kluver**

Dated: **February 9, 2017**

DEBTOR     Case No. **15-60519**

*In a joint case,*
*debtor means debtors in this plan.*

1. **DEBTOR'S PAYMENTS TO THE TRUSTEE** —
   a. As of the date of this plan, the debtor has paid the trustee $ **10,225.00** .
   b. After the date of this plan, the debtor will pay the trustee $ **425.00** per **Month** for **45** months, **beginning February 2017**, for a total of $ **19,125.00** . The minimum plan payment length is __ 36 or **X** 60 months from the date of the initial plan payment unless all allowed claims are paid in a shorter time.
   c. The debtor will also pay the trustee __
   d. The debtor will pay the trustee a total of $ **29,350.00** [line 1(a) + line 1(b) + line 1(c)].

2. **PAYMENTS BY TRUSTEE** — The trustee will pay from available funds only creditors for which proof of claim have been filed. The trustee may collect a fee of up to 10% of plan payments, or $ **2,935.00** , [line 1(d) x .10].

3. **ADEQUATE PROTECTION PAYMENTS [§ 1326(a)(1)(C)]** — The trustee will promptly pay from available funds adequate protection payments to creditors holding allowed claims secured by personal property, according to the following schedule, beginning in month one (1).

   | | *Creditor* | *Monthly Payment* | *Number of Months* | *Total Payments* |
   |---|---|---|---|---|
   | a. | **Citizens Ntl Bk** | $ | | $ **\*237.00** |
   | b. | **Gateway One Lending & Finance** | $ | | $ **\*\*142.00** |
   | c. | TOTAL | | | $ **379.00** |

**\*Paid Citizens National Bank: $237.00**


**\*\*Paid Gateway One Lending & Finance: $142.00**


4. **EXECUTORY CONTRACTS AND UNEXPIRED LEASES [§ 365]** — The debtor assumes the following executory contracts or unexpired leases. Cure provisions, if any, are set forth in ¶ 7.

   | *Creditor* | *Description of Property* |
   |---|---|
   | **-NONE-** | |

5. **CLAIMS NOT IN DEFAULT** — Payments on the following claims are current and the debtor will pay the payments that come due after the date the petition was filed directly to the creditors. The creditors will retain liens, if any.

   | | *Creditor* | *Description of Property* |
   |---|---|---|
   | a. | **Russell Cordie** | **Debtor's Residence: Homestead Real Property Located at 155 4th Ave N, Waite Park, MN, Single Family Residence Legally Described as: SEE ATTACHED EXHIBIT A** |

6. **HOME MORTGAGES IN DEFAULT [§ 1322(b)(5) and § 1322(e)]** — The trustee will cure defaults on the following claims secured only by a security interest in real property that is the debtor's principal residence. The debtor will pay the payments that come due after the date the petition was filed directly to the creditors. The creditors will retain liens. *All following entries are estimates.* The trustee will pay the actual amounts of default.

   | | *Creditor* | *Amount of Default* | *Monthly Payment* | *Beginning in Month #* | *Number of Payments* | *TOTAL PAYMENTS* |
   |---|---|---|---|---|---|---|
   | | **-NONE-** | $ | $ | | | $ |
   | a. | TOTAL | | | | | $ **0.00** |

7. **CLAIMS IN DEFAULT [§ 1322 (b)(3) and (5) and § 1322(e) ]** — The trustee will cure defaults on the following claims as set forth below. The debtor will pay for the payments that come due after the date the petition was filed directly to the creditors. The creditors will retain liens, if any. *All following entries are estimates, except for interest rate.*

|   | Creditor | Amount of Default | Int. rate (if applicable) | Monthly Payment | Beginning in Month # | Number of Payments | TOTAL PAYMENTS |
|---|---|---|---|---|---|---|---|
|   | -NONE- | $ | | $ | | | $ |
| a. | TOTAL | | | | | | $ 0.00 |

8. **OTHER SECURED CLAIMS; SECURED CLAIM AMOUNT IN PLAN CONTROLS [§ 1325(a)(5)]** — The trustee will pay, on account of the following allowed secured claims, the amount set forth in the "Total Payments" column, below. The creditors will retain liens securing the allowed claims until the earlier of the payment of the underlying debt determined under nonbankruptcy law, or the date of the debtor's discharge. NOTWITHSTANDING A CREDITOR'S PROOF OF CLAIM FILED BEFORE OR AFTER CONFIRMATION, THE AMOUNT LISTED IN THIS PARAGRAPH AS A CREDITOR'S SECURED CLAIM BINDS THE CREDITOR PURSUANT TO 11 U.S.C. § 1327, AND CONFIRMATION OF THE PLAN IS A DETERMINATION OF THE CREDITOR'S ALLOWED SECURED CLAIM.

|   | Creditor | Claim Amount | Secured Claim | Int. Rate | Beg. in Mo. # | (Monthly Pmnts) x | (No. of Pmnts) = | Pmnts on Account of Claim + | (Adq. Prot. from ¶ 3) = | TOTAL PAYMENTS |
|---|---|---|---|---|---|---|---|---|---|---|
| a. | Citizens Ntl Bk | $ 11,729.00 | $ 11,729.00 | 5.25 | 1 | $ 226.27 | 45 | $ 13,124.14 | $ 237.00 | $ *13,361.14 |
| b. | Gateway One Lending & Finance | $ 7,105.00 | $ 7,105.00 | 5.25 | | $ | | $ | $ | $ **1,476.46 |
| c. | TOTAL | | | | | | | | | $ 14,837.60 |

**\*Paid Citizens National Bank: $2,942.29**

**\*\*Paid Gateway One Lending: $1,476.46**

9. **PRIORITY CLAIMS** — The trustee will pay in full all claims entitled to priority under § 507, including the following. *The amounts listed are estimates.* The trustee will pay the amounts actually allowed.

|   | Creditor | Estimated Claim | Monthly Payment | Beginning in Month # | Number of Payments | TOTAL PAYMENTS |
|---|---|---|---|---|---|---|
| a. | Attorney Fees | $ 3,475.00 | $ | | | $ *3,475.00 |
| b. | Attorney Fees (Post) | $ 750.00 | $ 150.00 | 1 | 5 | $ 750.00 |
| c. | Internal Revenue Service | $ 1,955.92 | $ Pro rata | Pro rata | Pro rata | $ **1,955.92 |
| d. | Minnesota Dept of Revenue | $ 1,367.54 | $ Pro rata | Pro rata | Pro rata | $ ***1,367.54 |
| e. | State of North Dakota | $ 1.00 | $ Pro rata | Pro rata | Pro rata | $ 1.00 |
| f. | TOTAL | | | | | $ 7,548.46 |

**\*Paid Attorney Fees: $3,475.00**

**\*\*Paid Internal Revenue Service: $225.63**

**\*\*\*Paid MN Dept of Revenue: $157.77**

10. **SEPARATE CLASSES OF UNSECURED CREDITORS** — In addition to the class of unsecured creditors specified in ¶ 11, there shall be separate classes of non-priority unsecured creditors described as follows: **-NONE-** The trustee will pay the allowed claims of the following creditors. *All entries below are estimates.*

|   | Creditor | Interest Rate (if any) | Claim Amount | Monthly Payment | Beginning in Month # | Number of Payments | TOTAL PAYMENTS |
|---|---|---|---|---|---|---|---|
|   | -NONE- | | | | | | $ |
| a. | TOTAL | | | | | | $ 0.00 |

11. **TIMELY FILED UNSECURED CREDITORS** — The trustee will pay holders of nonpriority unsecured claims for which proofs of claim were timely filed the balance of all payments received by the trustee and not paid under ¶ 2, 3, 6, 7, 8, 9 and 10 their pro rata share of approximately $ **4,028.94**   [line 1(d) minus lines 2, 6(a), 7(a), 8(b), 9(e) and 10(a)].

   a.   The debtor estimates that the total unsecured claims held by creditors listed in ¶ 8 are $ **0.00** .

   b.   The debtor estimates that the debtor's total unsecured claims (excluding those in ¶ 8 and ¶ 10) are $ **14,372.21** .

   c.   Total estimated unsecured claims are $ **14,372.21**   [line 11(a) + line 11(b)].

12. **TARDILY-FILED UNSECURED CREDITORS** — All money paid by the debtor to the trustee under ¶ 1, but not distributed by the trustee under ¶ 2, 3, 6, 7, 8, 9, 10 or 11 will be paid to holders of nonpriority unsecured claims for which proofs of claim were tardily filed.

13. **OTHER PROVISIONS** —

    **Student Loans: Student loan creditors will receive pro rata distributions.**

    **Gateway One Lending & Finance: Vehicle was totaled. Insurance company to pay creditor direct.**

    **Citizen's National Bank: Creditor(s) will release liens upon payment of the secured portion of the creditor's claim and debtor's discharge.**

    **Claims filed as secured but for which the plan makes no express provision shall be paid as unsecured claims as set forth in Paragraph 11 above.**

    **A proof of claim may be filed by the Internal Revenue Service (IRS) for a claim against the debtor(s) for taxes that become payable to the IRS post-petition, limited to only the tax year for which the bankruptcy case was filed. The trustee shall pay such claim as submitted as funds are available pursuant to 11 U.S.C. Statute 1305.**

    **The debtor shall send the Trustee each year during the Chapter 13 Plan, copies of his/her federal and state income tax returns at the time they are filed. If the debtor receives a refund from the federal taxing agency but owes the state taxing agency (or vice-versa), the debtor will net the two out and pay the trustee the amount over $1,200 for a single filer, or $2,000 for a joint filer (not including any Earned Income Credit or Working Family Credit). Any additional amounts shall be turned over to the Chapter 13 trustee as additional plan payments.**

    **Late filed claims are subject to objection per 11 U.S.C. §502(b)(9).**

14. **SUMMARY OF PAYMENTS** —

| | |
|---|---:|
| Trustee's Fee [Line 2] | $ 2,935.00 |
| Home Mortgage Defaults [Line 6(a)] | $ 0.00 |
| Claims in Default [Line 7(a)] | $ 0.00 |
| Other Secured Claims [Line 8(c)] | $ 14,837.60 |
| Priority Claims [Line 9(e)] | $ 7,548.46 |
| Separate Classes [Line 10(a)] | $ 0.00 |
| Unsecured Creditors [Line 11] | $ 4,028.94 |
| **TOTAL [must equal Line 1(d)]** | $ **29,350.00** |

*Insert Name, Address, Telephone and License Number of Debtor's Attorney:*
**Wesley W. Scott 0264787
Kain & Scott, PA
13 7th Avenue South
St. Cloud, MN 56301
320-252-0330
0264787**

                Signed   **/s/ Samantha Lorrae Kluver**
                             **Samantha Lorrae Kluver**
                             DEBTOR

                Signed   **/s/ Kasey Alan Kluver**
                             **Kasey Alan Kluver**
                             DEBTOR (if joint case)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re:

| | |
|---|---|
| Samantha Lorrae Kluver | Bky. Case No. 15-60519 |
| Kasey Alan Kluver, | Chapter 13 |
| Debtors. | |

## UNSWORN CERTIFICATE OF SERVICE

    I, Sonja K. Quaintance, declare under penalty of perjury that on February 9, 2017 she caused to be served the Notice of Hearing and Motion, Memorandum in Support of Debtor's Motion for Post-Confirmation Modification and Modified Chapter 13 Plan via the CM/ECF system to those parties requesting electronic notification and upon all parties in interest at the addresses set forth in the exhibit which is attached hereto, by first class mail.

Dated: February 9, 2017                                                    /e/ Sonja K. Quaintance
                                                                                                                    Sonja K. Quaintance
                                                                                                                    Kain & Scott, P.A.

| | | |
|---|---|---|
| ACI<br>PO BOX 717<br>GETZVILLE NY 14068 | AFNI<br>404 BROCK DRIVE<br>PO BOX 3517<br>BLOOMINGTON IL 61702-3517 | AMERICAN ACCOUNT & ADVISERS, I<br>7460 80TH STREET SOUTH<br>COTTAGE GROVE MN 55016 |
| AR AUDIT SERVICES<br>3921 LOCKPORT ST SUITE 1<br>PO BOX 6177<br>BISMARCK ND 58506-6177 | BANK OF ND STUDENT LOAN SVCS<br>PO BOX 5509<br>ATTN: BANKRUPTCY<br>BISMARCK ND 58506 | BC SERVICES/COLLECTION AGENCY<br>ATTN: BANKRUPTCY DEPARTMENT<br>PO BOX 1317<br>LONGMONT CO 80502 |
| BUSINESS REVENUE SYSTEMS<br>2419 SPY RUN AVENUE<br>FORT WAYNE IN 46805-3258 | CAPITAL ONE<br>ATTN: BANKRUPTCY<br>PO BOX 30285<br>SALT LAKE CITY UT 84130 | CENTER FOR DIAGNOSTIC IMAGING<br>PO BOX 1450 NW 5076<br>MINNEAPOLIS MN 55485-5076 |
| CENTRACARE<br>1200 6TH AVENUE NORTH<br>SAINT CLOUD MN 56303 | CITIFINANCIAL/ONEMAIN<br>CITIFINANCIAL INC.<br>POB 140489<br>IRVING TX 75063 | CITIZENS NTL BK<br>PO BOX 231<br>PARK RAPIDS MN 56470 |
| CREDIT ONE BANK NA<br>PO BOX 98873<br>LAS VEGAS NV 89193 | DCI CREDIT SERVICES<br>1406 2ND ST NW STE 400<br>MANDAN ND 58554 | DEPARTMENT OF EMPLOYMENT<br>& ECONOMIC DEVELOPMENT<br>PO BOX 4629<br>SAINT PAUL MN 55101 |
| DEPT OF EDUCATION/NELN<br>121 S 13TH ST<br>LINCOLN NE 68508 | DYNAMIC RECOVERY SOLUTIONS<br>PO BOX 25759<br>GREENVILLE SC 29616 | ECMC<br>PO BOX 16408<br>ST. PAUL MN 55116 |
| ENHANCED RECOVERY CORP<br>ATTENTION: CLIENT SERVICES<br>8014 BAYBERRY RD<br>JACKSONVILLE FL 32256 | GATEWAY ONE LENDING & FINANCE<br>1601 RIVERVIEW DR STE 100<br>ANAHEIM CA 92808 | GATEWAY ONE LENDING & FINANCE<br>PO BOX 650004<br>DALLAS TX 75265 |
| HEALTH PARTNERS<br>2251 CONNETICUT AVES<br>SARTELL MN 56377 | HJORT CHIROPRACTIC<br>DIVISION ST<br>SAINT CLOUD MN 56303 | INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY<br>PO BOX 7346<br>PHILADELPHIA PA 19101 |
| INTERSTATE CREDIT<br>11300 MINNETONKA MILLS RD<br>HOPKINS MN 55305 | JOB SERVICE OF NORTH DAKOTA<br>3416 N BROADWAY<br>MINOT ND 58703 | MINNESOTA DEPT OF REVENUE<br>PO BOX 64649<br>SAINT PAUL MN 55164-0649 |
| NAVIENT<br>PO BOX 9655<br>WILKES-BARRE PA 18773 | RANDY R. SCHREIFELS<br>PO BOX 728<br>SAINT CLOUD MN 56302 | RELIANCE RECOVERIES<br>PO BOX 29227<br>MINNEAPOLIS MN 55429 |

| | | |
|---|---|---|
| RIVERVIEW LAW OFFICE<br>PO BOX 570<br>SAUK RAPIDS MN 56379-0570 | RUSSELL CORDIE<br>31162 CHOKE CHERRY RD<br>BURTRUM MN 56318 | STATE OF NORTH DAKOTA<br>600 E BOULEVARD AVENUE<br>BISMARCK ND 58505 |
| U S DEPT OF ED/FISL/SF<br>BANKRUPTCY UNIT<br>PO BOX 65128<br>ST. PAUL MN 55165 | UNIVERSITY OF PHOENIX<br>4025 S RIVERPOINT PARKWAY<br>PHOENIX AZ 85040 | |

REVISED 12/15

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re                                                                Case No. 15-60519
   Samantha Lorrae Kluver
   Kasey Alan Kluver
   Debtor(s).

## SIGNATURE DECLARATION

☐ PETITION, SCHEDULES & STATEMENTS
☐ CHAPTER 13 PLAN
☐ VOLUNTARY CONVERSION, SCHEDULES AND STATEMENTS
☑ AMENDMENT TO PETITION, SCHEDULES & STATEMENTS
☑ MODIFIED CHAPTER 13 PLAN
☑ OTHER (PLEASE DESCRIBE: __MOTION TO MODIFY POST-CONFIRMATION CHAPTER 13 PLAN__ )

I [We], the undersigned debtor(s) or authorized representative of the debtor, make the following declarations under penalty of perjury:

1. The information I have given my attorney for the electronically filed petition, statements, schedules, amendments, and/or chapter 13 plan, as indicated above, is true and correct;

2. The Social Security Number or Tax Identification Number I have given to my attorney for entry into the court's Case Management/Electronic Case Filing (CM/ECF) system as a part of the electronic commencement of the above-referenced case is true and correct;

3. [Individual debtors only] If no Social Security Number was provided as described in paragraph 2 above, it is because I do not have a Social Security Number;

4. I consent to my attorney electronically filing with the United States Bankruptcy Court my petition, statements and schedules, amendments, and/or chapter 13 plan, as indicated above, together with a scanned image of this Signature Declaration;

5. My electronic signature contained on the documents filed with the Bankruptcy Court has the same effect as if it were my original signature on those documents; and

6. [corporate and partnership debtors only] I have been authorized to file this petition on behalf of the debtor.

Date: __2-7-17__

X _/s/ Samantha Lorrae Kluver_                          X _/s/ Kasey Alan Kluver_
Signature of Debtor 1 or Authorized                      Signature of Debtor 2
Representative

Samantha Lorrae Kluver                                   Kasey Alan Kluver
Printed Name of Debtor 1 or                              Printed Name of Debtor 2
Authorized Representative